

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
(518) 474-9980

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

August 28, 2014

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

**VIA CM/ECF**

Hon. Norman A. Mordue
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re: Phillips v. James (f/k/a Phillips v. LaValley)
       9:12-CV-0609 (NAM/CFH)

Dear Judge Mordue:

    This office represents defendants, Terry James, Peter Boudrieau, David Martin, Richard Lee, Joanne Waldron, Jean Berggren, and Gregory Savage, in the above-referenced action.

    In accordance with your text order dated August 27, 2014 (docket no. 46) and the text notice of the same date, I am writing to advise the court that the defendants consent to plaintiff's request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure (docket no. 45).

    Thank you for your consideration in this matter.

                           Very truly yours,

                           Richard Lombardo
                           Assistant Attorney General

RL/rl

cc: Ralph Buck Phillips
    06-B-3437
    Upstate Correctional Facility
    P.O. Box 2001
    Malone, New York 12953
    (via regular mail)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
----------------------------------------X
RALPH BUCK PHILLIPS,                          **DECLARATION OF SERVICE**

            Plaintiff,                9:12-CV-0609

   -against-                                 NAM/CFH

T. JAMES, J. WALDRON, J. BERGGREN,
G. SAVAGE, P. BOUDRIEAU, MARTIN, and
R. LEE,

            Defendants.
----------------------------------------X

    LISA M. KOLPAKAS, pursuant to 28 U.S.C. §1746, declares under penalty of perjury, that the following is true and correct:

    I am over eighteen years of age and an employee in the office of Eric T. Schneiderman, Attorney General of the State of New York, attorney for defendants.

    On August 28, 2014, I served defendants' letter consenting to plaintiff's request for voluntary dismissal upon the following individual, by depositing a true copy thereof, properly enclosed in a sealed, postpaid wrapper, in a U.S. Mail box in the City of Albany, a depository under the exclusive care and custody of the United States Postal Service, directed to the said individual at the address theretofore designated for that purpose, as follows:

    Ralph Buck Phillips
    06-B-3437
    Upstate Correctional Facility
    P.O. Box 2001
    Malone, New York 12953

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2014

                                            _____
                                            LISA M. KOLPAKAS