# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**RALPH BUCK PHILLIPS**
    Plaintiff(s)

vs.                                       CASE NUMBER: 9:12-cv-0609 (NAM/CFH)

**T. LaVALLEY; J. FACTEAU; W. ALLAN; MENARD;
T. JAMES; E. BOUISSEY; J. WALDRON; J. BERGGREN;
G. SAVAGE; P. BOUDRIEAU; MARTIN; B. TUCKER;
R. LEE; D. AMO; BEZIO; LAWFER; BEAN; C. DELUTIS;
J. DELISLE; P. HUTTI; C. TRUDEAU; T. BROUSSEAU;
SUSAN M. ROCQUE,**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's request for voluntary dismissal of this action pursuant to Federal Rules of Civil Procedure 41(a) is GRANTED, this action is dismissed without prejudice pursuant to the Decision and Order of the Honorable Judge Norman A. Mordue, dated the 11th day of September, 2014.

DATED: September 11, 2014

*[signature]*
Clerk of Court

s/ *A. Hudson*
A. Hudson, Deputy Clerk